Kevin MACK, Appellant,

v.

STATE of Missouri, Respondent.

No. 73869.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 24, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 18, 1999.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M.
GAERTNER, and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Kevin Mack, appeals the judgment of the Circuit Court of the City of St. Louis wherein it denied his Rule 24.035 motion without an evidentiary hearing after he pled guilty to assaulting a law enforcement officer in the second degree, RSMo section 565.082.1(1) (1994). We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Jerome BROWNRIDGE, Movant,

v.

STATE of Missouri, Respondent.

No. 72930.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 8, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 18, 1999.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J. and GARY M.
GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM

Jerome Brownridge (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. The motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).